### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. _____** |
| **v.** | : | **DATE FILED: _____** |
| **DERRICK JOHNSON,** | : | **VIOLATIONS:** |
| a/k/a Edward D. Johnson | : | **21 U.S.C. § 841(a)(1) (possession of cocaine with the intent to distribute - 1 count)** |
| | : | **21 U.S.C. § 860(a) (possession of cocaine with the intent to distribute within 1000 feet of a school - 1 count)** |
| | : | **21 U.S.C. § 841(a)(1) (possession of marijuana with the intent to distribute - 1 count)** |
| | : | **21 U.S.C. § 860(a) (possession of marijuana with the intent to distribute within 1000 feet of a school - 1 count)** |
| | : | **18 U.S.C. § 924(c) (possession of a firearm in furtherance of a drug trafficking crime - 1 count)** |
| | : | **18 U.S.C. § 922(g)(1) (possession of a firearm by a convicted felon - 1 count)** |
| | : | **Notice of forfeiture** |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 20, 2006, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

#### DERRICK JOHNSON,
#### a/k/a Edward D. Johnson,

knowingly and intentionally possessed with intent to distribute a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 20, 2006, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### DERRICK JOHNSON,
### a/k/a Edward D. Johnson,

knowingly and intentionally possessed with the intent to distribute a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance, within 1,000 feet

of the real property comprising the St. John the Baptist Elementary School, a private elementary

school, located at 119 Rector Street, Philadelphia, Pennsylvania, in violation of Title 21, United

States Code, Section 841(a)(1), (b)(1)(C).

In violation of Title 21, United States Code, Section 860(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 20, 2006, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**DERRICK JOHNSON,**
**a/k/a Edward D. Johnson,**

knowingly and intentionally possessed with intent to distribute a mixture and substance

containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(D).

4

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 20, 2006, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### DERRICK JOHNSON,
### a/k/a Edward D. Johnson,

knowingly and intentionally possessed with the intent to distribute a mixture and substance

containing a detectable amount of marijuana, a Schedule I controlled substance, within 1,000 feet

of the real property comprising the St. John the Baptist Elementary School, a private elementary

school, located at 119 Rector Street, Philadelphia, Pennsylvania, in violation of Title 21, United

States Code, Section 841(a)(1), (b)(1)(D).

In violation of Title 21, United States Code, Section 860(a).

5

## <u>COUNT FIVE</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 20, 2006, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### **DERRICK JOHNSON,**
**a/k/a Edward D. Johnson**,

knowingly possessed a firearm, that is, a FEG Union/PJK, Model PJK, 9 mm semiautomatic

handgun, serial no. B24976, loaded with fourteen rounds of ammunition, and an Intratec, Model

TEC-22, .22 caliber semiautomatic handgun, serial no. 075649, in furtherance of a drug

trafficking offense for which he may be prosecuted in a court of the United States, that is

possession with the intent to distribute cocaine, in violation of Title 21, United States Code,

Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 20, 2006, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### DERRICK JOHNSON,
#### a/k/a Edward D. Johnson,

having been convicted in a court of the Common Pleas of Pennsylvania of an offense punishable

by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate

commerce, a firearm, that is:

a Marlin Firearms Co., Model 336, 30-30 caliber rifle, serial no. 27089005, loaded with five rounds of ammunition;

a Wards, Model 35, 16 gauge short-barreled shotgun, serial no. U68710, loaded with four rounds of ammunition;

a Marlin Firearms Co., Model 60, .22 caliber semiautomatic rifle, serial no. 19350194, with a defaced serial number;

a Remington Arms Co., Model 870, 12 gauge shotgun, serial no. A875730M, loaded with one round of ammunition;

a Norinco, Model SKS, 7.62 caliber semiautomatic rifle, serial no. 2401333;

an Intratec, Model TEC-22, .22 caliber semiautomatic handgun, serial no. 075649;

an Intratec, Model TEC-9, 9 mm semiautomatic handgun, serial no. 116049, loaded with 30 rounds of ammunition;

a Harrington & Richardson, Model Young America, .32 caliber revolver handgun, serial no. 91766, loaded with four rounds of ammunition;

a Smith & Wesson, Model 60, .38 special caliber revolver handgun, serial no. BAU0199, loaded with four rounds of ammunition;

a FEG Union/PJK, Model PJK, 9 mm semiautomatic handgun, serial no. B24976, loaded

7

with 14 rounds of ammunition;

a High Standard, Model Victor, .22 caliber semiautomatic handgun, with an obliterated serial number; and

a Carl Walther, Model PPKS, .380 caliber semiautomatic handgun, serial no. S057757, loaded with eight rounds of ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

As a result of the violations of Title 18, United States Code, Sections 924(c)(1)

and 922(g)(1) set forth in this indictment, the defendant

**DERRICK JOHNSON,**
**a/k/a Edward D. Johnson**,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section

924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved

in the commission of these offenses, including, but not limited to:

(1)     a Marlin Firearms Co., Model 336, 30-30 caliber rifle, serial no. 27089005;

(2)     a Wards, Model 35, 16 gauge short-barreled shotgun, serial no. U68710;

(3)     a Marlin Firearms Co., Model 60, .22 caliber semiautomatic rifle, serial no.
         19350194;

(4)     a Remington Arms Co., Model 870, 12 gauge shotgun, serial no. A875730M;

(5)     a Norinco, Model SKS, 7.62 caliber semiautomatic rifle, serial no. 2401333;

(6)     an Intratec, Model TEC-22, .22 caliber semiautomatic handgun, serial no. 075649;

(7)     an Intratec, Model TEC-9, 9 mm semiautomatic handgun, serial no. 116049;

(8)     a Harrington & Richardson, Model Young America, .32 caliber revolver handgun,
         serial no. 91766;

(9)     a Smith & Wesson, Model 60, .38 special caliber revolver handgun, serial no.
         BAU0199;

(10)    a FEG Union/PJK, Model PJK, 9 mm semiautomatic handgun, serial no. B24976;

(11)    a High Standard, Model Victor, .22 caliber semiautomatic handgun, serial no.
         obliterated;

(12)    a Carl Walther, Model PPKS, .380 caliber semiautomatic handgun, serial no.
         S057757;

(13)     a silver BSA red dot scope;

(14)     a black .45 caliber magazine;

(15)     55 PMC 9 mm cartridges;

(16)     37 Remington .32 caliber cartridges;

(17)     12 CBC .380 caliber cartridges;

(18)     3 Winchester .380 caliber cartridges;

(19)     4 CBC .45 caliber cartridges;

(20)     2 CCI .45 caliber cartridges;

(21)     3 Remington .45 caliber cartridges;

(22)     one Remington .25 caliber cartridge;

(23)     5 Remington 30-30 caliber cartridge;

(24)     4 PMC .38 caliber cartridges;

(25)     5 Remington 16 gauge shotshells;

(26)     35 CBC .40 caliber cartridges;

(27)     100 PMC 9 mm cartridges;

(28)     25 Remington 16 gauge shotshells;

(29)     56 CCI .22 caliber cartridges; and

(30)     47 Remington .22 caliber cartridges;

(31)     33 PMC 9 mm cartridges;

(32)     21 Remington .45 caliber cartridges;

(33)     4 CCI .45 caliber cartridges;

(34)     44 CBC .45 caliber cartridges; and

(35)     4 Federal .45 caliber cartridges.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States

Code, Section 924(d).


**A TRUE BILL:**


_____
**GRAND JURY FOREPERSON**

_____


_____
**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**

11